# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **DAVID E. CLOWSER,** | ) | **CASE NO. 1:10CV1506** |
| **Plaintiff,** | ) | |
| v. | ) | **MAGISTRATE JUDGE GREG WHITE** |
| **COMMISSIONER OF SOCIAL SECURITY, Michael J. Astrue,** | ) ) | |
| **Defendant.** | ) | **JUDGMENT ENTRY** |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, the Commissioner's final decision is affirmed.

IT IS SO ORDERED.

                                                    s/ Greg White
                                                  United States Magistrate Judge

Date: June 22, 2011